UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMAR HAMPARSOMIAN,

Plaintiff,

v.

EVERETT FINANCIAL, INC.,

Defendant.

Case No. 24-cv-04079-DMR

**ORDER TO SHOW CAUSE**

Defendant Everett Financial, Inc. filed a motion to dismiss on October 9, 2024. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on October 23, 2024, but no such opposition has been received. <u>Plaintiff Tamar Hamparsomia is ordered to respond by November 8, 2024, and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The motion hearing and Initial Case Management Conference set for November 14, 2024 are both VACATED. A new hearing and case management conference shall be noticed by the court if necessary. If Plaintiff does not respond by November 8, 2024, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 1, 2024

Donna M. Ryu
Chief Magistrate Judge